Filing # 55870662 E-Filed 05/02/2017 03:27:00 PM

IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

MICHELE BURNETT and
STEVEN MARK BURNETT

        Plaintiffs,

CASE NO.:

vs.

THE TRAVELERS HOME
AND MARINE INSURANCE
COMPANY and RLI INSURANCE
COMPANY

        Defendants.
_____/

## COMPLAINT

The Plaintiffs, MICHELE BURNETT and STEVEN MARK BURNETT, by and through their undersigned counsel, sue the Defendants, THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and RLI INSURANCE COMPANY, for damages and state as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of costs, interest and attorneys' fees as to each identified defendant.

2. At all times material hereto, the Plaintiffs, MICHELE BURNETT and STEVEN MARK BURNETT, were and are residents of Sarasota County, Florida and live together as husband and wife.

3. At all times material hereto, Defendant, THE TRAVELERS HOME AND MARINE INSURANCE COMPANY (hereinafter "TRAVELERS"), was and is a foreign corporation, authorized to do, and doing, business in Florida, including Sarasota County.

4. At all times material hereto, Defendant, RLI INSURANCE COMPANY (hereinafter "RLI"), was and is a foreign corporation, authorized to do, and doing, business in Florida, including Sarasota County.

5. Venue is proper as the automobile accident which is the subject of the lawsuit occurred in Sarasota, Florida and the Defendants maintain business in Sarasota County, Florida.

6. That on or about May 1, 2014, Plaintiff, MICHELE BURNETT, was the driver of a 2013 Mercedes 2D motor vehicle, bearing Florida License Plate No. CMCS22 and vehicle identification number WDDJKDA2DF020690.

7. The Plaintiff, MICHELE BURNETT, was operating her vehicle traveling southbound on Tamiami Trail N. at Mecca Drive. A vehicle driven by Shannon Jackson was traveling west on Mecca Drive at Tamiami Trail N. Shannon Jackson drove in front of Plaintiff, MICHELE BURNETT, violating Plaintiff's right of away, and causing a crash.

8. At the time of the collision on May 1, 2014, Shannon Jackson, owed a duty to other drives on the roads of Sarasota County, including Plaintiff, MICHELE BURNETT, to operate the vehicle she was driving in a careful and safe manner and to take reasonable steps to prevent the vehicle from colliding with any other vehicles, including the vehicle being operated by the Plaintiff, MICHELE BURNETT.

9. Shannon Jackson breached her duty of reasonable care and was negligent by

   a. Failing to keep a proper lookout;

   b. Failing to safely operate her vehicle;

   c. Following too closely;

   d. Failing to take reasonable steps to prevent the collision; and

   e. Operating her vehicle in a negligent and careless manner.

2

10.   As a direct and proximate result of the collision and Shannon Jackson's negligence, the Plaintiff, MICHELE BURNETT, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, property damage, inconvenience, and/or aggravation of previously existing conditions. The losses are either permanent or continuing, and the Plaintiff, MICHELE BURNETT, will suffer such losses in the future.

## COUNT I
## UNINSURED/UNDERINSURED MOTORIST CLAIM AGAINST THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

11.   The Plaintiff restates and realleges Paragraphs 1 through 9 as if fully set forth herein.

12.   On May 1, 2014, the Plaintiff, MICHELE BURNETT, was insured under a policy of insurance issued by Defendant, TRAVLERS, to Plaintiffs, MICHELE and STEVEN BURNETT, bearing policy number 985531257-101-1, on the above date of loss and having underinsured motorist limits in the amount of $500,000 per person/$500,000 per accident, stacked. A copy of the TRAVELERS policy and insurance disclosure is attached hereto as Exhibit "A".

13.   On the date of the above mentioned motor vehicle crash, the Plaintiffs, MICHELE and STEVEN MARK BURNETT, had paid in full or were current as it pertains to any agreed upon payment schedule for the above described insurance policy, and Plaintiffs had otherwise paid a monetary premium to TRAVELERS for the above uninsured and/or underinsured benefits.

3

14. On May 1, 2014, the motor vehicle owned and operated by Shannon Jackson was an underinsured motor vehicle, having insufficient insurance coverage to satisfy all of the Plaintiff's, MICHELE BURNETT, injuries and damages sustained in the subject crash, thereby invoking the uninsured/underinsured motorist coverage under the Plaintiffs' insurance policy issued by Defendant, TRAVELERS.

15. The Plaintiffs timely notified Defendant, TRAVELERS, of the crash and the underinsured condition of Shannon Jackson, and have otherwise complied with all conditions precedent to allow her to make this claim for underinsure motorist insurance benefits.

16. That pursuant to the terms of the policy, underinsured and/or uninsured benefits are available to Plaintiff, MICHELE BURNETT, as a result of the injuries sustained in the May 1, 2014 motor vehicle crash.

17. The uninsured and/or underinsured motorist coverage is applicable in this instance and Defendant, TRAVELERS, is obligated to pay insurance coverage proceeds for injuries and damages sustained by Plaintiff, MICHELE BURNETT, in this crash.

18. As a result of the foregoing, the Plaintiff, MICHELE BURNETT, has employed the undersigned attorneys to protect her interest in this matter and is obligated to the pay them a reasonable fee for their services. If the Defendant, TRAVELERS, disputes coverage for the Plaintiff's damages and if the Plaintiff prevails in this action, she is entitled to reasonable attorney's fees pursuant to Florida Statute § 627.428(1).

WHEREFORE, the Plaintiffs demand judgement for damages which are in excess of the sum of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest, and further demands attorneys' fees pursuant to Florida Statute § 627.428(1), and all such damages as allowable by statute, and further demands trial by jury.

4

## COUNT II
## UNINSURED/UNDERINSURED MOTORIST CLAIM AGAINST
## RLI INSURANCE COMPANY

19. The Plaintiff restates and realleges Paragraphs 1 through 9 as if fully set forth herein.

20. On May 1, 2014, the Plaintiff, MICHELE BURNETT, was insured under a policy of insurance issued by Defendant, RLI, to Plaintiffs, MICHELE BURNETT and STEVEN MARK BURNETT, bearing policy number PUP0233409, on the above date of loss and having umbrella underinsured motorist limits in the amount of $1,000,000 per accident. A copy of the RLI policy and insurance disclosure is attached hereto as Exhibit "B".

21. On the date of the above mentioned motor vehicle crash, the Plaintiffs, MICHELE and STEVEN MARK BURNETT, had paid in full or were current as it pertains to any agreed upon payment schedule for the above described insurance policy, and Plaintiffs had otherwise paid a monetary premium to RLI for the above uninsured and/or underinsured benefits.

22. On May 1, 2014, the motor vehicle owned and operated by Shannon Jackson was an underinsured motor vehicle, having insufficient insurance coverage to satisfy all of the Plaintiff's, MICHELE BURNETT, injuries and damages sustained in the subject crash, thereby invoking the uninsured/underinsured motorist coverage under the Plaintiffs' insurance policy issued by Defendant, RLI.

23. The Plaintiffs timely notified Defendant, RLI, of the crash and the underinsured condition of Shannon Jackson, and have otherwise complied with all conditions precedent to allow her to make this claim for underinsure motorist insurance benefits.

24. That pursuant to the terms of the policy, underinsured and/or uninsured benefits are available to Plaintiff, MICHELE BURNETT, as a result of the injuries sustained in the May 1, 2014 motor vehicle crash.

25. The uninsured and/or underinsured motorist coverage is applicable in this instance and Defendant, RLI, is obligated to pay insurance coverage proceeds for injuries and damages sustained by Plaintiff, MICHELE BURNETT, in this crash.

26. As a result of the foregoing, the Plaintiff, MICHELE BURNETT, has employed the undersigned attorneys to protect her interest in this matter and is obligated to the pay them a reasonable fee for their services. If the Defendant, RLI, disputes coverage for the Plaintiff's damages and if the Plaintiff prevails in this action, she is entitled to reasonable attorney's fees pursuant to Florida Statute § 627.428(1).

WHEREFORE, the Plaintiffs demand judgement for damages which are in excess of the sum of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest, and further demands attorneys' fees pursuant to Florida Statute § 627.428(1), and all such damages as allowable by statute, and further demands trial by jury.

## COUNT III
## LOSS OF CONSORTIUM CLAIM OF STEVEN BURNETT

26. Plaintiff STEVEN MARK BURNETT adopts and re-alleges paragraphs 1 through 9 and incorporates them as if fully set forth herein.

27. At the time of the subject motor vehicle accident described above, Plaintiff STEVEN MARK BURNETT was the lawfully wedded husband of MICHELE BURNETT, residing together as husband and wife in a common household.

28. As a direct and proximate result of the negligence of Defendant, Plaintiff, STEVEN MARK BURNETT, as described above, and the injuries sustained by Plaintiff,

6

MICHELE BURNETT, as a proximate result thereof, Plaintiff, STEVEN MARK BURNETT, has suffered the loss of his wife's consortium, companionship, services, comfort, society, and attention. Because the injuries sustained by his wife are permanent and continuing in nature, he will continue to suffer these damages in the future.

WHEREFORE, Plaintiffs demand judgment against Defendants for any and all damages permissible under Florida Law, together with court costs and any and all other relief the Court deems just and proper.

DATE this 2nd day of May, 2017.

ROMANO LAW GROUP
EcoCentre, 1005 Lake Avenue
Lake Worth, FL 33460-3709
Tel: (561) 533-6700
Fax: (561) 533-1285
Primary email (for service of pleadings only):
Service@RomanoLawGroup.com
Work e-mail:
Eric@RomanoLawGroup.com
Hali@RomanoLawGroup.com
Attorneys for Plaintiff

By: /s/ Hali Marsocci
ERIC ROMANO
Florida Bar No.: 120091
HALI E. MARSOCCI
Florida Bar No.: 106091

7