UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELE BURNETT and STEVEN
MARK BURNETT,

    Plaintiffs,

v.                                          Case No: 8:17-cv-1572-T-30AAS

THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY and
RLI INSURANCE COMPANY,

    Defendants.
_____

ORDER

    The Court has been advised via a Notice of Settlement of Action and Request to be Removed from Trial Period Commencing December 2019 (Dkt. 73) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 31st day of May, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record